**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DIANNE TACKET**                                                                                            **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 3:15-cv-45-NBB-JMV**

**GUARDIAN LIVE INSURANCE COMPANY**                           **DEFENDANTS**
**OF AMERICA, ET AL.**

**ORDER**

      This matter is before the court on Plaintiff's Motion for Remand-Related Discovery [23]. Upon due consideration of the motion, the court finds it is not well-taken. Plaintiff offers, under the facts of this case, no governing authority for conducting remand-related discovery. In response, Defendants offer more than thirty pages of legal argument asserting remand-related discovery is not warranted. Plaintiff did not file a reply. Therefore, Plaintiff's motion is hereby **DENIED**. The parties' briefing of Plaintiff's Motion to Remand [15] shall resume pursuant to the court's prior Order [22].

      **SO ORDERED** this, the 16th day of June, 2015.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**