IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DIANNE TACKET                                                                                               PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:15CV45-NBB-JMV

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, ADVANCED HEALTHCARE
MANAGEMENT D/B/A GRACELAND CARE
CENTER, AND JOHN DOE                                                                                   DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's objections to the magistrate judge's June 23, 2016 order denying the plaintiff's motion to amend the complaint and the text order denying as moot the plaintiff's motion to stay are overruled. Said rulings of the magistrate judge are hereby affirmed.

The plaintiff is allowed seven (7) days from this date to submit a proposed amended complaint stating claims under ERISA in accordance with the court's previous rulings.

This, the 21st day of November, 2016.

                                                          /s/ Neal Biggers
                                                          **NEAL B. BIGGERS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**